IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GARY ROZIER, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 5:05-cv-243 (CAR) |
| | : |
| AETNA LIFE INSURANCE COMPANY, | : |
| | : |
| **Defendant.** | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 21, 2007, and for the reasons stated therein, JUDGMENT is hereby entered granting defendant's motion for summary judgment. Defendant is entitled to recover its costs of this action.

This 21st day of March, 2007.

                                                             **GREGORY J. LEONARD, CLERK**

                                                             **s/ Denise Partee, Deputy Clerk**